**Order entered February 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00107-CR

### SUMMER RAE HARRIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-25357-M**

## ORDER

We **GRANT** appellant's January 28, 2015 unopposed motion requesting that the Court's

January 15, 2015 order granting an extension of time to file her notices of appeal in cause nos.

05-15-00034-CR and 05-15-00035-CR also apply to her notice of appeal in this case.

Appellant's notice of appeal is **DEEMED** timely filed on the date of this order.

/s/    LANA MYERS
        JUSTICE